[No. 47833-8-I.   Division One.   June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER DANIEL THOMPSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01431-1, Thomas J. Wynne and James H. Allendoerfer, JJ., entered November 30, 2002. *Dismissed* by unpublished per curiam opinion.

[No. 48298-0-I.   Division One.   June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SAMUEL HAWKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05524-8, Douglass A. North, J., entered March 12, 2001. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 48409-5-I.   Division One.   June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DERRON WIGGINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-8-00793-1, Nicole MacInnes and Julie Spector, JJ., entered March 21, 2001. *Dismissed* by unpublished per curiam opinion.

[No. 48486-9-I.   Division One.   June 17, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY RONALDO ROGERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-09607-7, Michael J. Fox, J., entered April 17, 2001. *Dismissed* by unpublished per curiam opinion.